1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CHAD A. STEGEMAN, State Bar No. 225745
   Supervising Deputy Attorney General
3  GRACIE POLLARD, State Bar No. 338610
   Deputy Attorney General
4    600 West Broadway, Suite 1800
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone:  (619) 321-5802
     Fax:  (619) 645-2061
7    E-mail:  Gracie.Pollard@doj.ca.gov
   *Attorneys for Defendants*
8  *California Department of Corrections and*
   *Rehabilitation and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID PANGBORN,** | Case No. 2:22-at-1121 |
| Plaintiff, | Sacramento County Superior Court Case No.: 34-2022-00325168-CU-PO-GDS |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A)** |
| **CDCR, et al.,** | |
| Defendants. | Judge:         Not Assigned<br>Trial Date:   Not Set<br>Action Filed:  August 8, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants California Department of Corrections and Rehabilitation (CDCR) and J. Lynch removes this action from the Superior Court of California, County of Sacramento, to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. §§ 1441(a) and 1446. Removal is based on the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 on the grounds stated below.

## STATEMENT OF JURISDICTION

1. This Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This civil action references claims of retaliation under the First Amendment to the United States Constitution and a "civil rights violation," (Compl. at 3), and therefore this Court has original, federal-question jurisdiction.

2. This Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). This civil action may also involve California state law tort claims—which arise out of the same controversy at issue in Plaintiff's federal claims—and therefore this Court has supplemental jurisdiction over those claims.

## VENUE

3. Venue is proper in the United States District Court for the Eastern District of California, because Plaintiff filed his Complaint in the Superior Court of the State of California, County of Sacramento. 28 U.S.C. §§ 1446(a), 84(b), 1391(b)(2).

## PLEADINGS AND PROCESS

4. On August 8, 2022, Plaintiff David Pangborn filed a Complaint in the Sacramento County Superior Court alleging, among other things, claims under the First and Eighth Amendments of the United States Constitution based upon allegations that Defendants retaliated against Plaintiff and violated Plaintiff's rights to be free from cruel and unusual punishment. A true and correct copy of the Complaint is attached as Exhibit A. All other documents filed in the

case are attached as Exhibit B through N.

5. The California Health Care Facility (CHCF) Litigation Office received service on October 5, 2022, by e-mail from CSP-Sacramento.

6. Defendants CDCR and J. Lynch are the only Defendants who have been served. Defendants consent to the removal of this action.

**TIMELINESS OF REMOVAL**

7. This Notice of Removal is timely filed within thirty days of the date Defendants were served with the Summons and Complaint. 28 U.S.C. § 1446(b).

**BASIS FOR REMOVAL**

8. Federal-question jurisdiction exists when a federal question is presented on the face of a Plaintiff's Complaint. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). Here, federal-question jurisdiction exists under 28 U.S.C. § 1331 because Plaintiff's alleges potential claims for violation of his rights under the First and Eighth Amendments to the United States Constitution. (*See* Pl.'s Compl., Ex. A.)

**NOTICE TO PLAINTIFF AND STATE COURT**

9. In compliance with 28 U.S.C. § 1446(d), Defendants concurrently provide written notice of this removal to Plaintiff and by filing a copy of this Notice of Removal with the clerk of the Sacramento County Superior Court.

Dated: November 2, 2022               Respectfully submitted,

                                      ROB BONTA
                                      Attorney General of California
                                      CHAD A. STEGEMAN
                                      Supervising Deputy Attorney General

                                      */s/ Gracie Pollard*
                                      GRACIE POLLARD
                                      Deputy Attorney General
                                      *Attorneys for Defendants*
                                      *California Department of Corrections and*
                                      *Rehabilitation and J. Lynch*

SA2022802643
83663673.docx

3

NOT. OF REMOVAL 28 U.S.C. § 1441(A)  (2:22-at-1121)

# EXHIBIT LIST

**EXHIBIT A:** [1] Complaint filed by Plaintiff

**EXHIBIT B:** [2] Civil Cover Sheet filed by plaintiff

**EXHIBIT C:** [9] Order on Court Fee Waiver

**EXHIBIT D:** [10] Summons filed by Plaintiff

**EXHIBIT E:** [11] Summons filed by Plaintiff

**EXHIBIT F:** [12] Summons filed by Plaintiff

**EXHIBIT G:** [13] Declaration filed by Plaintiff

**EXHIBIT H:** [14] Correspondence filed by Plaintiff

**EXHIBIT I:** [15] Correspondence Response

**EXHIBIT J:** [17] Correspondence

**EXHIBIT K:** [18] Correspondence Response

**EXHIBIT L:** [20] Order on Court Fee Waiver

**EXHIBIT M:** [21] Correspondence filed by Plaintiff

**EXHIBIT N:** [22] Declaration filed by Plaintiff

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **David Pangborn v. CDCR, et al.** | No. | **2:22-at-1121** |

I hereby certify that on <u>November 2, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION**

**EXHIBIT A - Complaint filed by Plaintiff**

**EXHIBIT B - Civil Cover Sheet filed by plaintiff**

**EXHIBIT C - Order on Court Fee Waiver**

**EXHIBIT D - Summons filed by Plaintiff**

**EXHIBIT E - Summons filed by Plaintiff**

**EXHIBIT F - Summons filed by Plaintiff**

**EXHIBIT G - Declaration filed by Plaintiff**

**EXHIBIT H - Correspondence filed by Plaintiff**

**EXHIBIT I - Correspondence Response**

**EXHIBIT J - Correspondence**

**EXHIBIT K - Correspondence Response**

**EXHIBIT L - Order on Court Fee Waiver**

**EXHIBIT M - Correspondence filed by Plaintiff**

**EXHIBIT N - Declaration filed by Plaintiff**

**DEFENDANTS' REQUEST FOR SCREENING UNDER THE PRISON LITIGATION REFORM ACT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States

Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 2, 2022, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David James Pangborn, AW7484
California State Prison - Sacramento
2-D - 145 L
P.O. Box 290001
Represa, CA 95671
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 2, 2022, at San Diego, California.

|  N. Amansec  |  /s/ N. Amansec  |
|:---:|:---:|
| Declarant | Signature |

SA2022802643
83674584.docx