ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

David Pangborn CDC#AW7484
A-2-130-L
CSP-SAC
100 Prison Road
TELEPHONE NO.: Represa, CA, 95671   FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

**FILED**
**Superior Court Of California,**
**Sacramento** FOR COURT USE ONLY
**08/08/2022**
**mchapman3**
**By** _____, Deputy
**Case Number:**
**34-2022-00325168**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento

STREET ADDRESS:

MAILING ADDRESS: 720 9th Street, Rm#102

CITY AND ZIP CODE: Sacramento, CA, 95814

BRANCH NAME:

PLAINTIFF: David Pangborn

DEFENDANT: (CDCR), Lt. Boulden, Warden Jeff Lynch

☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☐ AMENDED *(Number):*

**Type** *(check all that apply):*
☐ MOTOR VEHICLE   ☒ OTHER *(specify):* Threats, Falsified Documents
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☒ Other Damages *(specify):* Retaliation

**Jurisdiction** *(check all that apply):*
☒ ACTION IS A LIMITED CIVIL CASE
   Amount demanded   ☐ does not exceed $10,000
                     ☒ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff *(name or names):* David Pangborn #AW7484
   alleges causes of action against defendant *(name or names):* (CDCR), Lt. Boulden, Warden Jeff Lynch

2. This pleading, including attachments and exhibits, consists of the following number of pages: 19

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Pangborn vs. (CDCR) Et Al. | |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant *(name):* (CDCR)

    (1) ☐ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☒ a public entity *(describe):* California Department of corrections And Rehabilitation.

    (5) ☐ other *(specify):*

c. ☐ except defendant *(name):*

    (1) ☐ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

b. ☒ except defendant *(name):* (CCPOL. Hightower

    (1) ☐ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☒ other *(specify):* Is the agent for service for all Defendants and can except service for all Defendants but is not a Defendant.

d. ☐ except defendant *(name):*

    (1) ☐ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

    a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

    b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

    a. ☒ at least one defendant now resides in its jurisdictional area.

    b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.

    d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, and

    a. ☒ has complied with applicable claims statutes, or

    b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Pangborn vs. (CDCR) Et, Al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify)*: Retalcation, falsification of Documents, Intentional Infliction of Emotional, Civil Rights violation, Negligent Infliction of Emotional Distress, Mental Anguish, Professional Negligence

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: alot of inmates will no longer buy drawings & poems I sell due to his comments they think I'm a snitch/Rat.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   Yes

14. **Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for**
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☒ in the amount of: $ 25,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 8-4-22

David Pangborn
(TYPE OR PRINT NAME)                                    ▶            (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Pangborn vs (CDCR) Et Al | CASE NUMBER: |
|---|---|

**1**
(number)

**CAUSE OF ACTION—General Negligence**   Page **4**

ATTACHMENT TO  ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff (name): David Pangborn #AW7484

alleges that defendant (name): Lt. Boulden & (CDCR) / Warden Jeff Lynch

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on (date): 5-3-22 & 8-1-22

at (place): CSP-SAC, 100 Prison Road, Repressa, CA, 95671

*(description of reasons for liability):* #1) They denied me my right to have a fair, unbias, & impartial interview about 602's filed not on this issue. #2) Lt. Boulden out of Retaliation, Professional Negligence, in the presence of inmate Wallace, Robertson, Jackson, & Howe called me a snitch/Rat & threatened & beat me to Death if I filed anymore staff complaints & because of prior staff complaints. He then falsified documents & reports stating I refused the interview which was a lie & done to cover up misconduct & to assist (CDCR) & CSP-SAC Warden Jeff Lynch in having prior staff complaints labeled unsubstantiated so no one employee by (CDCR) recieved disciplinary actions. (Which he did under direct order (upon Information And Belief). Because of him out loud violating my confidentialty, rights & labeling me a Rat/snitch. I lost approximatly $450.00 in sales of drawings & poems I do & sell. due to inmates in A-10 & A-2 do not buy them from me anymore due to Lt. Boulden labeling me a snitch. I've suffered increased Depression, Anxiety, Stress, Fear, & crying spells from his misconduct. He then did it again on 8-1-22 knowingly & maliciously out of retaliation from filing a 602 staff complaint against him Log# 252741. I have (3) Declaration & witnesses to all of this as well. Which I've attached as Exhibits. (CDCR), Lt. Boulden, Jeff Lynch have purposely & knowingly destroyed, lost, erased the (AVSS) Audio Video surveillance system & footage of both incidents (upon information & belief) which I requested be used & heard. So they did so that they could deny me favorable & factual evidence & to prevent them from it being used against them. Lt. Boulden did all this under the color of law. He did it knowing it was wrong, outside of rules & policy, & not within the scope of his duties, As it is not part of his job to commit criminal threats, Retaliation, falsify documents, & abuse his authority. Therefore he is not & should not be entitled to governmental immunity. He committed General Negligence, Intentional Negligence, Retaliation, Civil Rights violation, mental Anguish, Intentional Infliction of Emotional Distress, Professional Negligence, & falsification of documents & Threat to cause Great Bodily harm, Injury, And Death.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Pangborn vs. (CDCR)Et,A). | |

__2__
(number)

**CAUSE OF ACTION—Intentional Tort**      Page __5__

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* David Pangborn #AW7484

alleges that defendant *(name):* Lt. Boulden, (CDCR)/Warden Jeff Lynch.

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 5-3-22 & 8-1-22

at *(place):* CSP-SAC, 100 Prison Road Repressa, CA, 95671

*(description of reasons for liability):* #1) They denied me my right to have a fair, unbias, & impartial interview about 602's filed not on this issue. #2) Lt. Boulden out of Retaliation, Proffesional Negligence in the presence of inmates Wallace, Robertson, Jackson, & Rowe called me a snitch/Rat & threatened to beat me to Death if I filed anymore staff complaints & because of prior staff complaints. He then falsified documents & reports stating I refused the interview which was a lie & done to cover up misconduct & to assist (CDCR) & CSP-SAC warden Jeff Lynch in having prior staff complaints labled unsubstantiated, so no one employed by (CDCR) recieves disciplinary actions. (Which he did under direct order (upon Information And Belief). Because of him out loud violating my confidentiality rights & labeling me a Rat/snitch. I lost approximatly $450.00 in sales of Drawings & poems. I do & sell. Due to inmates in A-1 & A-2 do not buy them from me anymore due to Lt. Boulden labeling me a snitch. Ive suffered Increased Depression, Anxiety, Stress, Fear, & Crying spells from his misconduct. He then did it again on 8-1-22 knowingly & maliciously out of retaliation from filing a 602 staff complaint against him Log# 252741. I have (5) Declaration's & witnesses to all of this as well. Which I've attached as Exhibit's. (CDCR), Lt. Boulden, & Jeff Lynch have purposely & knowingly destroyed, lost, &or erased the (AVSS) Audio Video Surviejance system footage of both incidents (upon Information & Belief.) Which I requested be used & saved. But they didn't so that they could deny me favorable hits under the color of law. the did it knowingly & that it was wrong. Lt. Boulden did all & factual evidence & to prevent them from it being used against them. Lt. Boulden did all & policy, & not within the scope of his duty's. As it is not part of his job to commit criminal Threat's, falsify document's, & abuse his authority. Therefore he is not & should not be entitled to Governmental Immunity. They committed General Negligence, Intentional Negligence, Retaliation, Civil Rights Violation, Mental Anguish, Intentional Infliction of Emotional Distress, Professional Negligence, Falsification of Document's, & Threat To Cause Great Bodily harm, injury, and Death.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Page 1 of 1
Code of Civil Procedure § 425.12
www.courts.ca.gov

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

David Pangborn #AW7484
A-2-130-L
CSP-SAC
100 Prison Road
Represeu, CA, 95671

TELEPHONE NO.:     FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento

STREET ADDRESS:

MAILING ADDRESS: 720 9th Street, RM#102

CITY AND ZIP CODE: Sacramento, CA, 95814

BRANCH NAME:

PLAINTIFF/PETITIONER: David Pangborn

DEFENDANT/RESPONDENT: (CDCR) Et, Al.

| DECLARATION | CASE NUMBER: |
|---|---|

This Declaration is in support of my Claim. On 5-3-22. Lt.Boulden with order's from (CDCR), & Jeff Lynch. Threatened to Beat me to Death for filing boa's & if I filed any new ones. He denied me interview's & confidentiality. He in front of inmates called me a snitch/rat causing me pain & suffering & mental anguish. Caused inmates to stop buying art & poem's from me. He did this as acts of knowing & malicious retaliation. He then purposely & knowing falsified documents stating I refused a interview which I never did. I filed staff complaint 602's against them (See Exhibit A) & (3) Inmates Roberts, Wallace, & Jackson witnessed all of this & wrote Declaration's to do what is right & stand up to Lt.Boulden abuse of power & authority placing there own lives at risk. (See Exhibits B). Lt.Boulden under order's denied me a fair, unbiased, & impartial investigation & code. He did so. under the color of Plaw. I exhausted all my remedies. Lt.Boulden, (CDCR), & Jeff Lynch requested be used & saved. So they could deny me favorable evidence & cover up there misconduct which they did knowingly because they know if they sued & battached it they'b be proven wrong. Destroying evidence is a felony/misdemeanor & they need to be charged with such. The court should look at there destruction of such evidence & failure to save it purposely as an admission of guilt, & an act of nefarious cover up of misconduct & crimes. CSP-SAC only uses video evidence when it proves inmates wong but bias it or claims malfunction when it proves staff clo's wong. I lost over $450.00 in more 8 poem sales since 5-3-22. Lt.Boulden on 8-1-22 retaliated against me for filing a staff complaint against him on 5-3-22 like's again.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-4-22

David Pangborn
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: 602 Log # 25274), 606) Decision, 602 Log # 287603 ) 00.9 Decision

Number of pages to this Exhibit: _____8_____ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court
☒ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

*Ready to be filed with the court.*

*Mailed Board of claims on 5-19-22*



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

## OFFICE OF GRIEVANCES DECISION   *602 on Lt. Boulton's threats &*

*602 policy violations -*

| | |
|---|---|
| **Offender Name:** PANGBORN, DAVID JAMES | **Date:** 05/10/2022 |
| **CDC#:** AW7484 | |
| **Current Location:** SAC-Facility A | **Current Area/Bed:** A 002 1 - 030001L |

**Log #:** 000000252741

*Mailed To (OOA) on 5-16-22*

*602-2*

---

**Claim #: 001**

**Received at Institution/Parole Region:** California State Prison, Sacramento

**Submitted to Facility/Parole District:** SAC-Facility A

**Housing Area/Parole Unit:**

**Category:** General Employee Performance    **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 05/04/2022 which you submitted on 05/03/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

---


**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** PANGBORN, DAVID J.                                    **CDC#:** AW7484

**Date:** 05/04/2022

**Current Location:** SAC-Facility A                          **Current Area/Bed:** A 002 1030001L

**From:** Office of Grievances at California State Prison, Sacramento

**Re: Log # 000000252741**

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Sacramento received your grievance on 05/04/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 07/04/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS DGIT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

# Plan of Action Notification

DATE: May 4, 2022

NAME: PANGBORN                    CDC#: AW7484              HOUSING: A2-130

The Grievance Office has received your grievance regarding "Emergency/Safety Concerns" that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 05/04/2022.

Per Title 15 Section 3483(a)
    The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The facility Captain has been made aware of your concerns.

Office of Grievances
CSP-Sacramento

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: _25274/_ Date Received: CSP-SAC APPEALS MAY 4 '22 AM 11:24 Decision Due Date: _____ Categories: _____ |
|---|---|

Claimant Name: David Pangborn     CDCR #: AW7484

Institution/Parole Region: CSP-SAC     Current Housing/Parole Unit: A-2-130-L

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

I want the (AVSS) system for 5-3-22 from 2:00pm thru 2:55pm used as supporting evidence in this 602. Lt. Boulden came to my door & asked if I wanted to discuss a staff complaint I filed. I told him yes I want to in a confidential setting & that I had statements & documents to add to the complaint. He stated "I will not have, you pulled out you a lying piece of shit if you don't stop filing staff complaints I'm going to have you pulled out of your cell & beat to death your a rat and need to stop bringing up bullshit." I told him I'd be writing him up for refusing to let me discuss my staff complaint in a confidential setting add statements & documents. And you are violating my appeal & title 15 rights, rules, & regulations. He then started to walk away and stated as he walked away "Turn in a 602 by your going to be sorry for sure." I want to be pulled out for my staff complaint in a confidential setting so I can add to it. I want Lt. Bolden to be disciplined to file a citizen's complaint against him. I want (CDCR) Internal Affairs to investigate him for the threats of violence on my life & safety. For using retaliation for filing a grievance against staff I want him

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

to be kept away from me as he threatened to harm me with physical violence & retaliation for filing this grievance, placing my safety in danger & the safety & security in jepardy of the institution. I want a different Lt assigned to the grievance he came to my door for as I am not able to recieve a fair, unbiased, or impartial investigation, interviews, or fact-finding by Lt. Bailder due to his actions & misconduct of threats, violence, unprofessional conduct, abusive & foul language, retaliation, & that he stated he was going to falsify documents/reports & say I had nothing to add which is a lie & untrue. I want him charged for falsifying documents & criminal threats. I want monetary compensation. He has committed acts of intentional negligence, unsafe living conditions, & conspiracy, to assist other staff by purposely & maliciously using threats of violence to manipulate a favorable 602 investigation in the staff members favor by having & conducting a unfair, biased, & partial investigation. I want him retrained without pay, to lose 12½ of his credit for 24 months, letter of agreement in his file, loss of overtime & vacation time. I want this processed as an Emergency 602 as he threatened to put my safety & security in immediate & serious danger for filing this 602 & the one he was at my door for.

Claimant Signature: _____

Date Signed: 5-3-22

*ADA Accessible*

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)                                                              Page 1 of 2

| STAFF USE ONLY | OGT Log No: _7187603_  Date Received: _____ |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

AUG 2 '22

**Claimant Name:** David Pangborn                    **CDCR #:** AW7484

**Institution/Parole Region:** CSP-SAC          **Current Housing/Parole Unit:** A-2-130-L

---

**STAFF USE ONLY**

---

_Use this form to appeal a decision or a remedy by the Office of Grievances._
Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** _____    **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ No 602-1 forms available to use this as a 602-1 form. I want the (A-2) (AVSS) system for 8-1-22 from 4:00pm thru 5:00pm downloaded attached & used as supporting evidence to this grievance. I also attached (3) Declarations by Inmate Wallace, Robertson, & Jackson all to be used as evidence in support of this 602. I want them all interviewed to verify the Authored, signed, & dated the Declarations. Now today 8-1-22 at around 4:15pm Lt. Bolden came to my cell, while I was taking a piss, He said he was there to talk to me about a 602. I told him I wanted to be pulled out in a confidential setting & I

No 602-1 forms
available use this
as a 602-1 form.

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will **not** consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____          **Date Signed:** 8-1-22

ADA Accessible

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OGT Log No: _____  Claim No: _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* wanted to add stuff to the 602. Lt. Boulden said "Nope, I'm going to mark you as you refused". Once I was done passing, I went to my cell without uncovering it & told him to come back so I could interview that & do not refuse anything at all, Lt. Boulden while he was walking by the stairs yelled back. "This is what you get for 602ing me, last time pay back a bitch". Lt. Boulden is referring to 602 Log # 252741 which I went attached as supporting evidence I used in this 602. Lt. Boulden retaliated against me, knowingly & maliciously for a previous 602 against him which is a violation of Title 15 & D.O.M. He by his actions was negligent in his duties. He did this under the color of law. He denied me a fair, unbiased, & impartial investigation on my 602. He was unfair, bias, & partial. He falsified Documents & reports by falsly stating & saying I refused my interview which I did not. He caused me pain & suffering & mental anguish. I want monetary compensation, Lt. Boulden disciplined, retrained & without pay, 17% of his check deducted for 12 months. I want him stripped of his rank down to Sgt. I want to recieve a interview & be able to add to the 602 he said I falsly refused which I did not do. I want him, CSP/SAC Staff, &(CDCR) to stop retaliating against me. I want Lt. Boulden to stop placing my life & safety in jeopardy which he's doing & which places the safety & security of the institution into jeopardy. If the (AVSS) video for the date & time is not saved, downloaded & attached to this 602 then (cpcr), CSP-SAC, custody, Lt.Boulden, & the Hiring Authority are doing it maliciously to help Lt.Boulden cover up his misconduct. Because the video & Declaration's along with this 602 prove & substantiate my claim 100%. Because just because my witnesses are inmates doesn't mean they are not believable it's the opposite. because per prison politics & life if a inmate writes or makes a statement against a c/o their ssfe lived or safety & places them self in danger. So my witnesses/Declarants are placing there lives at risk to state the truth & facts & stand up for what's right and against oppression & Lt. Boulden's blatant acts of abuse of power & authority. CDCR 1858 attached as I want to file a citizen complaint against Lt. Boulden as well as is my right Per Penal Code, 148.6.

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME David Pangborn | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER AW7484 | DATE SIGNED 8-1-22 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

# EXHIBIT COVER PAGE

$\boxed{\text{B}}$

EXHIBIT

Description of this Exhibit: Declaration's By inmate's Wallace, Jackson, & Robertson.

Number of pages to this Exhibit: __3__ pages.

JURISDICTION:   (Check only one)

- ☐ Municipal Court
- ☒ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

I Joshua Robertson am over 18 Years old
& a Resident of Sacramento County
and declare as Follows

On 5-3-22 I witnessed Lt Boulden come to
Inmate Pangborn Cell in #130 and ask if wanted
to add anything to his 602 Staff complaint.
Pangborn Said Yes but as Por Pokey wanted to be
Pull out in a Confidential Setting Lt Boulden
then became upset and Stated in a rude,
hostile, and ugressive nature that Pangborn
was a 1Xing Piece of Shit and if he filed
anymore 602 hed have him Pulled out of his
Cell and Beat to death. the called PangBorn
a Rat which Made me in the moment
look at PangBorn in a Bad way. until
PangBorn explained the Situation of the
Staff complaint then I understand
that Lt. Boulden Just wanted the
inmate Population to harm PangBorn and
Stop associating with him

I Joshua Robertson Declare under the
Penalty of Perjury the Above is true
and Correct
Dated 5-14-22

Joshua Robertson
# BI6998

# Declaration By M. Wallace AL3254

I Wallace, over 18 years old and reside in Sacramento and declare as follows.

2). On 5-3-22 I saw and heard L.T Boulden say to inmate Pangborn in cell #130 "If you file another 602 I'll have you pulled out and beat to Death, you piece of shit your a rat and will Be sorry if you 602 Me to."

I Declare under the penalty of perjury the above is true and correct

Dated: 5/16/22

                                    M. Wallace
                                    M. Wallace AL3254
                                    (Declarant)

1  DECLARATION By Luke Jackson cdc# AV4152

2  I am over 18 years old & not aparty to this action, I

3  declare as Follows.

4  #1) on August 25t, 2022 at approximatly 4:15pm I heard

5  & observed LT. Boulden came to inmate DangBorn # AW7481

6  in A2-136L saily occupied by him. He told DangBorn

7  in there cor a boz do you have anything to add, and

8  please uncover your window DangBorn stated clearly

9  yes i have something to add, & i want To Be pulled

10  out cor it's in a confidence setting not discuss it

11  on the tier Bst give me a minute im taking a

12  piss LT. Boulden stated Back to DangBorn clearly.

13  "Nope I'm putting you down as a refusal". Then LT Boulden

14  started to walk away. I then heard DangBorn state

15  clearly. "hold on comeBack i'm Done pissing i do not

16  refuse this boz interview And my window is unBlocked"

17  LT. Boulden without even looking Back or Breaking stride stated

18  clearly "i don't give a Fuck this is what you get for bozing me

19  the First time PayBacks a Bitch" This was all caught

20  on A-2 (Aus) system as proof. i personally Belive LT. Boulden

21  Did this outta Retaliation & on purpose to cause DangBorn

22  Harm. i am & will Be Glad to be interviewed about This

23  by (ims), any staff to reciterate This And confirm i

24  Authored, signed & dated this Declaration

25

26  I declare under The penalty of perjury The above is

27  True And correct                    Sign Name here

28  Dated 8-1-22                        Luke Jackson AV8152
                                         (Declarant).

# PROOF OF SERVICE

### (C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, David Pangborn_____, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

A-2-130-L_____

CSP-SAc_____

100 Prison Road_____

Repressa, CA, 95671_____

On, 8-4-22_____, I served the following documents:

CM-010, PLD-PI-001, PLD-PI-001 (2), PLD-PI-001 (3), MC-030, Exhibit A&B, FW-001, 602 Log# 252741, 602 Log# _____, (3) Declarations (by Wallace, Jackson, & Robertson), 1-Letter, FW-022, FW-003_____

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. California Superior Court,    2._____
County of Sacramento,    _____
720 9th Street, room # 102,    _____
Sacramento, CA, 95814    _____
_____    _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of August, 2022, at California State Prison - Sacramento, Represa, California.

(Signature) _____

David Pangborn #AW7484
Plaintiff (Pro-Se)

MC-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>David Pangborn CDC#AW7484<br>A-2-130-L<br>CSP-SAC<br>100 Prison Road<br>TELEPHONE NO.: Represso, CA, 95671  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | **FOR COURT USE ONLY.**<br><br>**FILED/ENDORSED**<br><br>AUG 2 6 2022<br><br>By: _____ I. Romo<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 9th Street, Rm #102
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA, 95814
BRANCH NAME:

PLAINTIFF/PETITIONER: David Pangborn
DEFENDANT/RESPONDENT: (CDCR) Et.Al

| DECLARATION | CASE NUMBER:<br>34-2022-00325188 |
|---|---|

This Declaration is in support of the claim & all Exhibits on file. Now ever since I filed the first 602 against Lt.Boulden I've been personally getting retaliated against as has all my witness who wrote declarations. Our canteen has been denied full spending draws, Denied mental health groups, Hot water in shower, new laundry when requested & wrong sizes, They lost my package/fourteen bowls I cup's. During cell searches family photos have come up missing, they've mishandled my kosher diet/religious meals, making it so I can't eat at times. When asked why all this is being done to me. I was told ask Lt. Boulden it's his orders that this corrective action's are being taken. The (13) C/o's who told me this asked not to be named due to they don't want to get envolved & it hurt there career & position here at CSP-SAC. So for now I'll keep there name confidential. If needed I'll tell the Judge in a in camera exparte hearing. But this is all being done as retaliation & to try & get me to drop the 602 & court action. So I now also am requesting the amount of punitive damages be increased since this is all in connection with the original filing. There's separate 602's on all these issues as at the time I thought they were isolated incidents but threw them that I effect service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-23-22

David Pangborn
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

RECEIVED
AUG 26 2022
CIVIL

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, David Pangborn , am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

A-2-130-L
CSP-SAC
100 Prison Road
Repressa, CA, 95671

On, 8-23-22 , I served the following documents:

(2) MC-030, (3) SUM-100 formss, letter to court clerk & Judge

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Superior Court of california         2. _____
County of sacramento,                    _____
720 9th street, Rm#102,                  _____
Sacramento, CA, 95814                    _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of August , 2022 , at California State Prison - Sacramento, Represa, California.

(Signature)

David Pangborn #AW7484
Plaintiff (pro-se)

RECEIVED
AUG 26 2022
CIVIL