| FW-003 | Order on Court Fee Waiver (Superior Court) |
|---|---|

Clerk stamps date here when form is filed.

FILED/ENDORSED
AUG 19 2022
By: _Alanni Watthau_
     Deputy Clerk

**① Person who asked the court to waive court fees:**
Name: David Pangborn #AW7484
Street or mailing address: CSP-SAC, PO Prison Road
City: Represa     State: CA    Zip: 95671

**② Lawyer, if person in ① has one** (name, firm name, address, phone number, e-mail, and State Bar number):

_____
_____
_____
_____
_____

Fill in court name and street address:
**Superior Court of California, County of**
Sacramento, 720 9th Street,
Room # 102,
Sacramento, CA, 95814

**③** A request to waive court fees was filed on (date): _____
☐ The court made a previous fee waiver order in this case on (date): _____

Fill in case number and name:
**Case Number:** 34-2022-00325168
**Case Name:**

*Read this form carefully. All checked boxes ☑ are court orders.*

Notice: The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④** After reviewing your:   ☑ Request to Waive Court Fees   ☑ Request to Waive Additional Court Fees
the court makes the following orders:

a. ☐ The court **grants** your request, as follows:

(1) ☐ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:
- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other (specify): _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

AUG - 8 2022
CIVIL

Order on Court Fee Waiver (Superior Court)    FW-003, Page 1 of 3

| Your name: David Pangborn | Case Number: |
|---|---|

b. ☒ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☒ Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☒ Below     ☐ On Attachment 4b(1)

~~Petition lacks certification of account from institution pursuant to Gov. Code Section 68635(c).~~

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated:  ☐ Below     ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below     ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below     ☐ On Attachment 4c(2)

_____
_____
_____
_____

**This is a Court Order.**

| Your name: David Pangborn | Case Number: |

|           | Date: | Time: | Name and address of court if different from above: |
| Hearing Date | Dept.: | Room: | |

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 8/19/22

Signature of (check one):  ☐ Judicial Officer  ☑ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☑ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* Sacramento, California, on the date below.

☐ A certificate of mailing is attached.

Date: 8/24/2022

Clerk, by Melanie Walthour, Deputy
Name: Melanie Walthour

**This is a Court Order.**