MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David Pangborn CDC#AW7484<br>A-2-130-L<br>CSP-SAC<br>100 Prison Road<br>TELEPHONE NO.: Represso, CA, 95671   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **FILED/ENDORSED**<br><br>AUG 2 6 2022<br><br>By: _____ I. Romo _____<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 9th street, Rm #102
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA, 95814
BRANCH NAME:

PLAINTIFF/PETITIONER: David Pangborn
DEFENDANT/RESPONDENT: (CDCR) Et, Al

**DECLARATION**

CASE NUMBER: 34-2022-00325188

---

This Declaration is in support of the claim & all Exhibits on file. Now ever since I filed the first 602 against Lt. Boulden I've been personally getting retaliated against as has all my witness who wrote Declarations. Our canteen has been denied full spending draws, Denied mental health groups, Hot water in shower, new laundry when requested & wrong sizes. They lost my package/canteen bowls & cup's. During cell searches family photos have come up missing, they've mishandled my kosher diet/religious meal's. Making it so I can't eat at times. When asked why all this is being done to me. I was told ask Lt. Boulden it's his order's that this corrective actions are being taken. The (3) Clo's who told me this asked not to be named due to they don't want to get envolved & it hurt there career & position here at CSP-SAC. So for now I'll keep there name confidential. If needed I'll tell the Judge in a in camera exparte hearing. But this is all being done as retaliation & to try & get me to drop the 602 & court action. So I now also am requesting the amount of punitive damages be increased since this is all in connection with the original filing. There's separate 602's on all these issues as at the time I thought they were isolated incident's but threw the cla's I now know it is not. I also need a copy of this for each Defendant sent to me so I can effect service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8-23-22

David Pangborn
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

RECEIVED
AUG 26 2022
CIVIL

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, David Pangborn, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

A-2-130-L
CSP-SAC
100 Prison Road
Represa, CA, 95671

On, 8-23-22, I served the following documents:

(2) MC-030, (3) SUM-100 form's + letter to court clerk & Judge.

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Superior Court of California
County of Sacramento,
720 9th Street, Rm #102,
Sacramento, CA, 95814

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of August, 2022, at California State Prison - Sacramento, Represa, California.

(Signature) _____
David Pangborn #AW7484
Plaintiff (Pro-Se)


RECEIVED AUG 26 2022 CIVIL