① August 22, 2022
Monday

TO: Court Clerk,

This is the 4th letter I sent. Now I'm pro-se in 2 cases right now. #34-2022-00325168, & another. But I filed (2) claims (CM-010's & PLD-PI-001)'s prior to this case # above. About 2'1/2 before. I haven't recieved a case # for any of them or any of the Documents back. So please look & see why it is that way. Check the mail room to be sure it's not lost. Also in this case # above I have not been given the CM-010 & fee waiver either. Please respond. When I filed this claim I enclosed a letter asking the same thing & haven't gotten any responses. Per Sacramento Sheriff policy I must be sent a copy of the entire file (CM-010, PLD-PI-001, Exhibits, & fee waiver granted) for each Defendant so I can effect service. Without a copy for each & one for myself I will not be able to move my case forward. In case # 34-2022-00322217 I sent you (3) new SUM-100's properly filled out to be returned, filed & stamped so I can effect service on the rest in that case. Only one's been served. I haven't recieved them back & it's been a month now. Please check the file & see what's going on.



FILED/ENDORSED
AUG 26 2022
By: R. San Miguel
Deputy Clerk