FILED/ENDORSED
Wednesday
SEP 0 6 2022
By: _____ I. Romo
        Deputy

To: Judge & court clerk,

I'm David Pangborn CDC# AW7484 I'm Pro Se, in regards to case # 34-2022-00325507 & #34-2022-00325168. I'm need these FW-001 & FW-003 filed. I've enclosed my Trust statement & a (CDCR) GA-22 showing I got it & asked for it. I only have $126.45 left to my name & on 9-2-2022 I'm going to store to spend $120.00 for hygiene, stamps, envelopes, food, coffee. Which is my only money & the last of my stimulus check. Which I sent to my family & friends to help them out. So I can't pay the court fee's & sheriff's fee's cuz if you take it all I'll have nothing left for food, hygiene, & postage I need. Also You have not sent me copies of the CM-010, & (PLD-PI-001) & MC-030, & Exhibits on each case which I must have to effect service. Because the Sacramento sheriff's require a copy for each Defendant. Now I've also sent the Judge & court clerk about (6) letter's in the last month & have not gotten a response for any of them. Which I don't understand why the court clerk won't respond to my letter's. When they have to do directly with the cases & I'm not disrespectful, rude, or nor do I use foul language. So please respond to my letter's because when you don't it causes me to struggle badly with moving my case along cuz I'm struggling & have no help. I've written (17) letter's to the legal sentence & small claim's Advisor and I can't call or use the internet so when no one answers my litigation's hindered and I'm having my access to the court's limited. So please help me on this. I'd like this letter added to both case #'s So the Judge reviews it.