

## SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

ISELA ROMO  
DEPUTY CLERK IV

720 NINTH STREET, RM. 102  
SACRAMENTO, CALIFORNIA 95814  
(916) 874 – 5522

September 7, 2022

David Pangborn #AW7484  
CSP – SAC   A-2-130-L  
PO BOX 290066  
Represa, CA 95671

To: David Pangborn  
re:  34-2022-00325168 (*Pangborn vs. CDCR*)

Enclosed are the copies you requested. Additionally, the court is in receipt of your Request to Waive Court Fees (FW-001) an Order will be mailed to you.

Thank you,

Isela Romo  
Deputy Clerk IV