FILED/ENDORSED
AUG 26 2022
By: I. Romo, Deputy Clerk

To: Judge & Court Clerk,

My name is David Pangborn #AW7484, I'm Pro-Se Case #34-2022-00325188. I've enclosed (3) SUM-100's to be filed & returned to me as well as a MC-030 to be filed & returned. Now I must have a copy for each Defendant of the CM-010, PLD-PI-001 (Packet), SUM-100, MC-030's, Exhibits, & granted fee waivers and a copy of all of that for myself. So I can have the (SAC) sheriff office service as is their policy. Without it I can't move my case forward. You only sent me a file stamped copy of the PLD-PI-001, Everything else is missing. So as of right now I can not move my case forward as I don't have it all. Also I filed another case about 2½ months ago & I haven't recieved anything from it. Not case #34-2022-00322217. I've got all that except the (3) SUM-100's I refiled to correct & have not recieved back yet. But I filed a case about a (ADA) violation, against (CDCR), C/O Lopez, C/O Brown, Warden Jeff Lynch. Which I filed after case #34-2022-00322217. So please locate it & send me everything on file including the case #. I really hope you didn't lose it because it has original documents attached to it. Because (CDCR) won't make copies of exhibits that are against them. So please let me know what's going on with that case with those defendants. Thank you.

Date: 8-23-22

David Pangborn # AW7484
Plaintiff (Pro-Se)

RECEIVED AUG 26 2022 CIVIL