MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): David Pangborn # AW7484 A-2-130-L CSP-SAC 100 Prison Road TELEPHONE NO.: Represa, CA, 95671 FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | FOR COURT USE ONLY **FILED/ENDORSED** SEP 20 2022 By: A. Turner Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento STREET ADDRESS: 720 9th Street, Rm #102, MAILING ADDRESS: Sacramento, CA, 95814 CITY AND ZIP CODE: BRANCH NAME: | |
| PLAINTIFF/PETITIONER: David Pangborn DEFENDANT/RESPONDENT: (CDCR) Et, Al. | |
| **DECLARATION** | CASE NUMBER: 34-2022-00325168 |

This is in support of my claim (See attached Exhibit A) Nov I sent the (OOG)'s CDCR GA-22 to inform them of Lt. Boulden's misconduct, falsification of reports, & retaliation so I could have a interview of the boa. They were not per policy to inform the Lt. of the claims I made against him that he did but to a higher rank so it could be investigated. By refering it to him for consideration he biasly, unfairly, & improperly refused to consider it & by doing so denied me Due Process & proves the (OOG) instead of being a unbiased, fair, & proper 3rd party worked in tandum with Lt. Boulden to cover up his misconduct, retaliation & denying me Due Proccess.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9-18-22

David Pangborn
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: GA -22 to (006) dated 8-1-22

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [x] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

| State of California<br>GA-22 (9/92) | | INMATE REQUEST FOR INTERVIEW | | Department of Corrections |
|---|---|---|---|---|
| DATE<br>8-1-22 | TO<br>(OOG) Asst's off,a | FROM (LAST NAME)<br>David Pangborn | | CDC NUMBER<br>AW7989 |
| HOUSING<br>A-2 | BED NUMBER<br>130-L | WORK ASSIGNMENT<br>N/A | ASSIGNMENT HOURS<br>FROM N/A  TO | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence

Today Lt Boulder came to my cell to interview me on a 602. I was taking a piss with a second. He falsly stated he'd mark me down as refusing ust of retaliation which I did not refuse. So I want to be re-interview for the 602 as Tsgt. Co Alvaren signed state as want of this (re: receipt of it was may I must re-sumit on the A13's (item 9 is is all the record in writing (Turn over)

Do NOT write below this line. (more space is required write on the back)

Interviewed by: your request was forwarded
to Lt. Boulding for consideration

T. Kelley
OOG

failure to do so violates the Title 15 & D.U.U. § 54090.4.3. Thank you.