ROB BONTA, State Bar No. 202668
Attorney General of California
CHAD A. STEGEMAN, State Bar No. 225745
Supervising Deputy Attorney General
GRACIE POLLARD, State Bar No. 338610
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 321-5802
 Fax:  (619) 645-2061
 E-mail:  Gracie.Pollard@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and*
*Rehabilitation and J. Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID PANGBORN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**CDCR, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-CV-01985-DB (PC)<br><br>Sacramento County Superior Court Case No.: 34-2022-00325168-CU-PO-GDS<br><br>**DEFENDANTS' REQUEST FOR SCREENING UNDER THE PRISON LITIGATION REFORM ACT**<br><br>Judge:　　　The Honorable Deborah Barnes<br>Trial Date:　Not Set<br>Action Filed:　August 8, 2022 |

1

Defs.' Req. Screening Under Prison Litigation Reform Act  (2:22-CV-01985-DB (PC)

**TO THE COURT AND PLAINTIFF DAVID PANGBORN, PRO SE:**

**PLEASE TAKE NOTICE** that Defendants California Department of Corrections and Rehabilitation and J. Lynch ("Defendants") request screening under the Prison Litigation Reform Act (PLRA) 28 U.S.C. § 1915A(a).

## BACKGROUND

Plaintiff Pangborn, a state prisoner proceeding *pro se,* filed a complaint in state court against Defendants. On November 2, 2022, Defendants removed the action to this Court.

## REQUEST FOR SCREENING

Defendants request the Court to screen Plaintiff's complaint. This request is made under the PLRA, which provides that "[t]he court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915(A). Upon such review, the Court shall identify cognizable claims or dismiss all or any portion of the complaint if it "is frivolous, malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(b). Defendants further request that the Court allow Defendants thirty days to respond to Plaintiff's Complaint if it survives the Court's screening under section 1915A.

Dated: November 3, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General

*/s/ Gracie Pollard*
GRACIE POLLARD
Deputy Attorney General
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation and J. Lynch*

SA2022802643
83663808.docx

2

Defs.' Req. Screening Under Prison Litigation Reform Act  (2:22-CV-01985-DB (PC)

# CERTIFICATE OF SERVICE

| Case Name: | **David Pangborn v. CDCR, et al.** | No. | **2:22-CV-01985-DB (PC)** |
|---|---|---|---|

I hereby certify that on <u>November 3, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REQUEST FOR SCREENING UNDER THE PRISON LITIGATION REFORM ACT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 3, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David James Pangborn, AW7484
California State Prison - Sacramento
2-D - 145 L
P.O. Box 290001
Represa, CA 95671
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 3, 2022</u>, at San Diego, California.

| N. Amansec | /s/ N. Amansec |
|---|---|
| Declarant | Signature |

SA2022802643
83676126.docx