UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1985 TLN DB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  The case is proceeding on plaintiff's claims against defendant Boulden for retaliation and intentional infliction of emotional distress.  In a document filed December 12, 2022, plaintiff states that he has twice requested his legal property, and other things he requires to litigate this case, and has not received them.  Plaintiff seeks a court order requiring the prison to provide these requested items.  This court requires a response from defendant in order to determine the status of plaintiff's requests.

　　　Accordingly, and good cause appearing, IT IS HEREBY ORDERED that within twenty days of the filed date of this order, defendant's counsel shall:  (1) contact the litigation coordinator at

////

////

////

1

California State Prison, Sacramento, to determine the status of plaintiff's requests for his legal property and other items; and (2) file a report explaining what they learned.

Dated: January 4, 2023

                                                    DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/pang1985.prop sts